## UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| BBC EQUITIES, INC. and<br>DOUGLAS K. RAU,<br>    Plaintiffs,<br><br>v.<br><br>WESTMOUNT FINANCIAL LIMITED<br>PARTNERSHIP,<br>    Defendant, | )<br>)<br>)<br>)<br>)<br>)    C.A. NO. 05CV-40156-FDS<br>)<br>)<br>)<br>)<br>) |

## JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1(D)

Pursuant to Local Rule 16.1, counsel for the parties to this action have conferred and have reached agreement on the following proposed pretrial schedule, designed to comply with the Scheduling Order form propounded by the Court:

**1.**    **Initial Disclosures.**  Initial disclosures required by Fed. R. Civ. P. 26(a)(1) must be completed by November 21, 2005.

**2.**    **Amendments to Pleadings.**  Except for good cause shown, no motions seeking leave to add new parties or to amend the pleadings to assert new claims or defenses may be filed after November 30, 2005.

**3.**    **Fact Discovery - Interim Deadlines.**

    **a.**    All requests for production of documents and interrogatories must be served by February 28, 2006.

    **b.**    All requests for admission must be served by May 30, 2006.

    **c.**    All depositions, other than expert depositions, must be completed by July

31, 2006.

**4.     Fact Discovery - Final Deadline.**  All discovery, other than expert discovery, must be completed by July 31, 2006.

**5.     Status Conference.**   A status conference will be held on _____ (reserved for court determination).

**6.     Expert Discovery.**

   **a.**     Plaintiff(s)' trial experts must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed, by August 15, 2006.

   **b.**     Plaintiff(s)' trial experts must be deposed by August 31, 2006.

   **c.**     Defendant(s)' trial experts must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed, by August 15, 2006.

   **d.**     Defendant(s)' trial experts must be deposed by August 31, 2006.

   **e.**     In the event that either party elects to designate responsive trial experts, such experts must be designated and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed, by September 15, 2006.

   **f.**     Responsive trial experts must be deposed by September 30, 2006.

**7.     Dispositive Motions.**

   **a.**     Dispositive motions, such as motions for summary judgment or partial summary judgment and motions for judgment on the pleadings, must be filed by October 31, 2006.

   **b.**     Oppositions to dispositive motions must be filed within thirty days after service of the motion.

**8.     Pretrial Conference.** A pretrial conference will be held on _____ at ___a.m./p.m. (reserved for court determination; parties suggest a date near the end of 2006).

The undersigned certify that each party and that party's counsel have conferred: a) with a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- of the litigation; and b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR16.4.

BBC EQUITIES, INC. and               WESTMOUNT FINANCIAL
DOUGLAS K. RAU,                        LIMITED PARTNERSHIP,
By their attorneys,                  By its attorneys,


_____              _____
                                     Robert L. Hamer
Dana E. Casher                       Kristin D. Thompson
Krulewich, Casher, P.C.              Mirick, O'Connell, DeMallie & Lougee, LLP
50 Staniford Street                  100 Front Street
Boston, MA  02114                    Worcester, MA  01608
(617) 367-1200                       (518) 791-8500


BBC EQUITIES, INC.,                  WESTMOUNT FINANCIAL
                                      LIMITED PARTNERSHIP,


By:_____                 By:_____
   Douglas K. Rau, President            Michael J. Hart
   duly authorized                      Vice President, CIF, Inc.,
                                        General Partner of
                                        Westmount Financial
                                        Limited Partnership

_____
Douglas K. Rau, individually

8.  **Pretrial Conference.** A pretrial conference will be held on _____ at

_____ a.m./p.m. (reserved for court determination; parties suggest a date near the

end of 2006).


The undersigned certify that each party and that party's counsel have conferred: a) with

a view to establishing a budget for the costs of conducting the full course — and various

alternative courses — of the litigation; and b) to consider the resolution of the litigation through

the use of alternative dispute resolution programs such as those outlined in LR16.4.


BBC EQUITIES, INC. and                    WESTMOUNT FINANCIAL
DOUGLAS K. RAU                            LIMITED PARTNERSHIP,
By their attorneys,                       By its attorneys,


_____                   _____

Dana E. Casher                            Robert L. Hamer
Krulewich, Casher, P.C.                   Kristin D. Thompson
50 Stamford Street                        Mirick, O'Connell, DeMallie & Lougee, LLP
Boston, MA  02114                         100 Front Street
(617) 367-1200                            Worcester, MA  01608
                                          (518) 791-8500


BBC EQUITIES, INC.,                       WESTMOUNT FINANCIAL
                                          LIMITED PARTNERSHIP,


_____                   By: _____ V.P.
By: Douglas K. Rau, President             Michael J. Hart
     duly authorized                      Vice President, CIP, Inc.
                                          General Partner of
                                          Westmount Financial
                                          Limited Partnership
_____
Douglas K. Rau, individually