UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BBC EQUITIES, INC., and DOUGLAS K. RAU,<br>        Plaintiffs<br><br>        V.<br><br>WESTMOUNT FINANCIAL LIMITED PARTNERSHIP,<br>        Defendant | DOCKET NO. 3:05-CV-40156-FDS |

## STIPULATION OF DISMISSAL

Pursuant to the terms of a confidential settlement agreement dated January 10, 2006, the parties stipulate and agree that Plaintiffs' complaint and Defendant's counterclaim shall be dismissed with prejudice, each party to bear its own costs and attorneys' fees, and waiving rights of appeal.

| | |
|---|---|
| **BBC EQUITIES, INC. and DOUGLAS K. RAU**<br>By their attorney, | **WESTMOUNT FINANCIAL LIMITED PARTNERSHIP**<br>By its attorney, |
| _____/s/ Dana E. Casher_____<br>Dana E. Casher, Esq., BBO #551037<br>Krulewich, Casher, P.C.<br>50 Staniford Street<br>Boston, MA 02114<br>Phone:  (617) 367-1200<br>Fax:      (617) 367-6736 | _____/s/ Kristin D. Thompson_____<br>Robert L. Hamer, Esq., BBO #218715<br>Kristin D. Thompson, Esq., BBO #656179<br>Mirick, O'Connell, DeMallie & Lougee, LLP<br>100 Front Street<br>Worcester, MA 01608-1477<br>Phone: (508) 791-8500<br>Fax:     (508) 791-8502 |

Dated: January 17, 2006